FILED: June 30, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4
(1:13-cv-02665-BHH)
_____

JAMES NATHANIEL BRYANT, III

            Petitioner - Appellee

v.

WARDEN MICHAEL STEPHAN, Broad River Correctional Institution; BRYAN
P. STIRLING, Commissioner, South Carolina Department of Corrections

            Respondents - Appellants

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having

voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and

appendices previously filed in this case within 10 days.

                        For the Court

                        /s/ Patricia S. Connor, Clerk